```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

**SHARLA ELIZABETH ADCOCK**                                                  **PLAINTIFF**

VS.                                        CIVIL ACTION NO 3:06cv524-WHB-JCS

**PRESTON HENDRIX**
**d/b/a WWW.PLANETBROOKE.COM,**
**d/b/a WWW.MYPLANETGIRLS.COM**
**d/b/a WWW.ASPHERICASH.COM**                                                **DEFENDANT**

### ORDER

This cause is before the Court *sua sponte*.

The Complaint in this case was prepared by Louis J. Guichet, III, of the Southern Legal Clinic, PLLC, and requests various forms of relief including an award of attorney's fees and costs. The only signature appearing on the Complaint, however, is that of Plaintiff, Sharla Adcock ("Adcock").

Rule 11(a) of the Federal and Mississippi Rules of Civil Procedure requires that pleadings be signed either by the attorney of record in his individual name, or by the party herself if she is not being represented by an attorney. As only Adcock signed the Compliant, it appears she is representing herself in this litigation. However, according to the docket in this case, Adcock is being represented by Mr. Guichet.

The Court finds, for administrative and procedural purposes, it must clarify whether Adcock is representing herself *pro se* in this case or, alternatively, whether she is being represented by an

attorney. Accordingly, Adcock will be granted fifteen (15) days to either (1) notify the Clerk of Court, in writing, that she is representing herself, *pro se*, in this litigation, or (2) have Mr. Guichet or her current attorney file a written Notice of Appearance in this case. Should Adcock fail to do either within the prescribed fifteen day period, this case will be dismissed without prejudice and without further notice from the Court.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to place a copy of this Order in the United States Mail addressed to:

> Sharla Elizabeth Adcock
> 2655 Old Brandon
> Pearl, Mississippi 39208

IT IS FURTHER ORDERED that on or before December 13, 2006, Adcock shall either (1) notify the Clerk of Court, in writing, that she is representing herself, *pro se*, in this litigation, or (2) have Mr. Guichet or her current attorney file a written Notice of Appearance in this case.

IT IS FURTHER ORDERED that in the event Adcock fails to comply with this Order within the prescribed fifteen day period, this case will be dismissed without prejudice and without further notice from the Court.

IT IS FURTHER ORDERED that all proceedings in the case, including the telephonic case management conference and a ruling on Defendant's Motion to Dismiss, shall be stayed pending receipt of

written notice from Adcock regarding the status of her representation in this case.

SO ORDERED this the 28th day of November, 2006.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE
